# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KENNETH ROSE,

        Plaintiff,

-vs-

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

CASE NO. 06-CV-15543

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DONALD A. SCHEER
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION;
## (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;
## AND (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Before the Court is the Magistrate Judge's October 10, 2007 Report and Recommendation denying Plaintiff's Motion for Summary Judgment and granting Defendant's Motion for Summary Judgment. (Doc. No. 16). Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

    (1)    **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 16);

    (2)    **DENIES** Plaintiff's Motion for Summary Judgment (Doc. No. 12); and

    (3)    **GRANTS** Defendant's Motion for Summary Judgment. (Doc. No. 15).

**SO ORDERED.**

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: November 6, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 6, 2007.

                                          s/Denise Goodine
                                          Case Manager